UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:23-CR-65-D-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER TO SEAL |
| | ) |
| HOMER ALLEN FAISON, III | ) |
| a/k/a "Bo" | ) |

Upon motion of the United States, and for the reasons stated in that Motion, it is hereby ORDERED that Docket Entry 774 be sealed until further notice of this Court.

It is FURTHER ORDERED that the Clerk provide a copy of Docket Entry 774 to the United States Attorney's Office and counsel for the Defendants.

IT IS SO ORDERED, this the _10_ day of November, 2025.

                                                          JAMES C. DEVER III
                                                         UNITED STATES DISTRICT JUDGE